No. 744. POSEY *v.* UNITED STATES.

March 17, 1941. *Per Curiam:* On the Government's confession of error, the petition for writ of certiorari is granted, the judgment is reversed, and the cause is remanded to the District Court with directions to grant the motion to suppress. *Mr. W. R. Fain, Jr.* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. —. EX PARTE ISOM J. GUILLORY. March 17, 1941. The application for a stay, presented to MR. JUSTICE BLACK and referred by him to the Court, is denied.

No. —. EX PARTE CECIL L. SNYDER. March 17, 1941. Application denied.

No. —, original. EX PARTE CLARENCE SCOTT. March 17, 1941. The motion for leave to file petition for writ of habeas corpus is denied.